# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GONZALO ALBELO GONZALEZ,

    Petitioner,

vs.

BRIAN E. WILLIAMS, *et al.*,

    Respondents.

Case No. 2:14-cv-01282-APG-GWF

**ORDER**

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner. On March 30, 2016, the Clerk sent an order to petitioner at his address of record. (ECF No. 19). The order was returned to the Court as undeliverable – markings on the envelope indicate that petitioner is not at his address of record and that no new address is available. (ECF No. 20). Petitioner has not notified the Court of a change of address. Rule LSR 2-2 of the Local Rules of Special Proceedings and Appeals provides:

> The plaintiff must immediately file with the court written notification of any change of address. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice.

In view of petitioner's failure to keep the Court informed of his current address as required by LSR 2-2, the Court will dismiss this action without prejudice.

-2-

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly.

Dated this 1st day of June, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE